



MAY 06 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR 00169 LJO

| UNITED STATES OF AMERICA, | ) 1:10CR0098 DLB mj |
|---|---|
| Plaintiff, | ) ORDER STAYING RELEASE ORDER OF THE |
| | ) MAGISTRATE JUDGE PENDING HEARING |
| v. | ) ON THE GOVERNMENT'S MOTION FOR |
| | ) REVOCATION HEARING |
| MANUEL VASQUEZ, | ) |
| Defendant. | ) |

Upon application of the United States Government for stay of the order of U.S. Magistrate Sandra M. Snyder setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke the release order issued by the U.S. Magistrate Judge.

The date for the hearing on the government's revocation motion shall be set in a separate order.

Dated: May 5, 2010                    _____
                                       U.S. District Judge

1